(85 South. 925)

COX v. STATE. (4 Div. 654.) (Court of Appeals of Alabama. June 29, 1920.) Appeal from Circuit Court, Pike County; A. B. Foster, Judge. Goliah Cox was convicted of grand larceny, and he appeals. Affirmed. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. The defendant was convicted "as charged" under an indictment charging him with the offense of grand larceny. The appeal is upon the record proper without a bill of exceptions. This record has been examined, and we find no error therein. The judgment of the circuit court is affirmed. Affirmed.

(81 South. 893)

CRAVEN v. QUILLEN. (8 Div. 588.) (Court of Appeals of Alabama. May 22, 1919.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge. W. L. Chenault, of Russellville, for appellee.

PER CURIAM. Appeal dismissed, for want of prosecution. See, also, 198 Ala. 154, 73 South. 413.

(81 South. 893)

CURLEE v. STATE. (4 Div. 588.) (Court of Appeals of Alabama. Feb. 4, 1919.) Appeal from Circuit Court, Coffee County; A. B. Foster, Judge. Emmett S. Thigpen, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of Attorney General.

(82 South. 894)

DEAN v. JACKSON. (4 Div. 598.) (Court of Appeals of Alabama. June 17, 1919.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge. J. N. Mullins, of Hartford, for appellant. W. O. Mulkey, of Geneva, for appellee.

BROWN, P. J. Affirmed for want of assignment of errors.

(87 South. 926)

DEARMAN v. STANDARD COOPERAGE CO. (2 Div. 221.) (Court of Appeals of Alabama. Feb. 10, 1921.) Appeal from Circuit Court, Sumter County; R. I. Jones, Judge.

PER CURIAM. Appeal dismissed for want of prosecution. See, also, 204 Ala. 553, 86 South. 537.

(82 South. 894)

DENNARD v. STATE. (4 Div. 608.) (Court of Appeals of Alabama. July 21, 1919.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. McDowell & McDowell, of Eufaula, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellant.

(85 South. 925)

DENNING v. STATE. (6 Div. 684.) (Court of Appeals of Alabama. May 12, 1920.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. The appellant having withdrawn his appeal, it is accordingly dismissed.

(81 South. 893)

DUFF v. STATE. (1 Div. 298.) (Court of Appeals of Alabama. Feb. 4, 1919.) Appeal from Circuit Court, Mobile County; N. R. Leigh, Jr., Judge. F. K. Hale, Jr., of Mobile, for appellant. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

BROWN, P. J. The judgment of conviction is affirmed, but the judgment of sentence is set aside, and the case remanded for proper sentence.

(81 South. 893)

ELLIOTT v. EMENS. (8 Div. 637.) (Court of Appeals of Alabama. Feb. 4, 1919.) Appeal from Circuit Court, Lawrence County; O. Kyle, Judge. Melvin Hutson, of Decatur, for appellee.

PER CURIAM. Appeal dismissed.

(81 South. 893)

EVANS v. STATE. (8 Div. 605.) (Court of Appeals of Alabama. March 18, 1919.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

(82 South. 894)

FAIRE v. STATE. (3 Div. 351.) (Court of Appeals of Alabama. June 3, 1919.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. J. Q. Smith, Atty. Gen., for the State.

BROWN, P. J. Affirmed on certificate.

(81 South. 893)

FARLEY v. STATE. (1 Div. 310.) (Court of Appeals of Alabama. Feb. 4, 1919.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Frank Farley was convicted of crime, and he appeals. Affirmed. C. W. Tompkins, of Mobile, for appellant. F. Lloyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

BROWN, P. J. This appeal is on the record, without bill of exceptions, and the record shows that the indictment, trial, and conviction of the appellant are in all things regular and free from error. Affirmed.